**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 96-6420

---

WILLIE DOCKERY, Department of Corrections Unit
#4630,

Plaintiff - Appellant,

versus

MARTHA HILL, Unit Nurse at Unit #4630; DR.
POWELL, Unit Psychologist at Unit #4630;
SERGEANT WILSON, Unit Sergeant at Unit #4630;
JAMES B. TENNEY, M.D., Director, Health Ser-
vices, Buncombe County Investigation of Martha
Hill,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Asheville. Graham C. Mullen, District
Judge. (CA-95-2)

---

Submitted: June 20, 1996          Decided: July 2, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Willie Dockery, Appellant Pro Se. William McBlief, NORTH CAROLINA
DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Keith Spurling
Snyder, BUNCOMBE COUNTY ATTORNEY'S OFFICE, Asheville, North
Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Dockery v. Hill</u>, No. CA-95-2 (W.D.N.C. Jan. 5, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3